# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

DEC 28 2015

CLERK, U.S. DISTRICT COURT
By _____
        Deputy

### MINUTE ORDER -TELEPHONE CONFERENCE/~~HEARING~~

JUDGE: McBryde
LAW CLERK: Susanna Johnson
COURT REPORTER: Debbie Saenz

---

Case No.: 4:15-CV-823-A
<u>Denise Day v. Avant Credit Corp.</u>

Date Held: 12-28-15   Time:  3:58 p.m.-4:08 p.m. (10 minutes)

---

Plaintiffs' counsel:   Amy Ginsburg

Defendants' counsel: Scott Fredricks

===============================================================

Telephone conference re: motion to compel arbitration and stay case

Per the parties' agreement, the court dismissed the action without prejudice, with the costs of court and attorney's fees to be borne by each party who incurred same, so that parties can pursue arbitration.

Order to follow.

Conference concluded.